O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GAIL M. SCHNEYER,                    )   Case No. ED CV 11-00965-JVS (SP)
       Plaintiff,                )
         v.                     )   **JUDGMENT**
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of Social Security      )
Administration,                      )
       Defendant.                )
_____      )

     Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

DATED: July 5, 2012

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE